W. Langdon Hayden and Another, Appellants, v. Forman Bros., Inc., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

Cora Weiss, Individually and as Executrix, etc., of Bernard Weiss, Deceased, as a Stockholder of General Investment Corporation, Suing on Her Own Behalf and on Behalf of All Other Stockholders of General Investment Corporation Similarly Situated, etc., Respondent, v. Harry M. Addinsell and Others, Appellants, Impleaded with Others, Defendants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Arbitration between George J. Feinberg, Appellant, and Joseph Gold, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

Commissioner of Public Welfare of the City of New York on the Complaint of Anna Abatte, Appellant, v. Paul Costa, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

Elsie Follender, in Her Own Behalf and on Behalf of All Others, Similarly Situated, Appellant, v. Title Guarantee and Trust Company, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

Lorean Pharm and William Pharm, Respondents, v. Rose Lituchy and Another, Defendants, Impleaded with Emigrant Industrial Savings Bank, Appellant.— Determination, so far as appealed from, unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [170 Misc. 211.]

B. C. Schram, Receiver of First National Bank-Detroit, a National Banking Association, Respondent, v. May E. C. Keane, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

The People of the State of New York ex rel. Pauline S. Herzog and Angela S. Morgan, Respondents, v. William Stanley Miller, President, and Others, Constituting the Tax Commission of the City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [170 Misc. 1063.]

Joseph Hattenbach, Appellant, v. Home Life Insurance Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.